PER CURIAM.
Reversed. See State v. Peterson, 24 Fla. L. Weekly S288, — So.2d -, 1999 WL 424382 (Fla. June 17, 1999) (overruling Peterson v. State, 706 So.2d 936 (Fla. 1st DCA 1998), and, by implication, McNeely v. State, 690 So.2d 1337 (Fla. 1st DCA 1997), Smith v. State, 637 So.2d 351 (Fla. 1st DCA 1994), and St. Angelo v. State, 532 So.2d 1346 (Fla. 1st DCA 1988), insofar as these decisions require an affiant’s personal knowledge of a confidential informant’s reliability).
ALLEN, LAWRENCE, and BENTON, JJ., CONCUR.